IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


DAVID KINDLE, III                                                                              PLAINTIFF

       v.                              Civil No. 4:14-cv-04159

SHERIFF RON STOVALL;
OFFICER BRYON GRIFFIN; and
JOHN DOE OFFICER                                                                         DEFENDANTS


### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

    Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983. He proceeds *pro se*.

    On December 4, 2014, the complaint was provisionally filed. The *in forma pauperis* (IFP) application the Plaintiff filed (Doc. 2) was incomplete. Specifically, he had failed to provide the certificate of inmate funds held in his name.

    An order was entered (Doc. 3), giving the Plaintiff until December 30, 2014, to complete and return the IFP application or pay the $400 filing fee. To date, Plaintiff has not submitted a complete IFP or paid the filing fee. He has not requested an extension of time to do so.

    Plaintiff has not communicated with the Court in anyway since the filing of the complaint. No mail has been returned as undeliverable.

    I therefore recommend that this case be dismissed based on Plaintiff's failure to obey an order of the Court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

    **The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the**

**district court.**

DATED this 11th day of March 2015.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE